UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JL, A MINOR, by and through
his Guardian Ad Litem, PARENT,

        Plaintiff,

v.

TEMECULA VALLEY UNIFIED SCHOOL
DISTRICT, a public entity,
CAROL LEIGHTY, Ed.D.,
SUPERINTENDENT OF TEMECULA
UNIFIED SCHOOL DISTRICT, in her
official capacity,

        Defendants.
_____/

Case No. 5:07-cv-01539

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on June 23, 2011, judgment is entered in favor of the defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: August 25, 2011

By: s/Julie Owens
    Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 25, 2011, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160